UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **23CR2134-RSH** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) – Removed Alien Found in the United States (Felony) |
| FRANCISCO OSEGUERA-GONZALEZ, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about September 17, 2023, within the Southern District of California, defendant FRANCISCO OSEGUERA-GONZALEZ, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//
//
//
//

SEG:sc:9/28/23

It is further alleged that defendant was removed from the United States subsequent to December 12, 2011.

DATED: 10/10/2023      .

                                            ANDREW R. HADEN
                                            Acting United States Attorney

*Sarah Goldwasser*

                                            SARAH E. GOLDWASSER
                                            Assistant U.S. Attorney